| | |
|---|---|
| 1 | TIMOTHY C. SAULSBURY (SBN 281434) |
| | tsaulsbury@mofo.com |
| 2 | ANDREW L. PERITO (SBN 269995) |
| | aperito@mofo.com |
| 3 | MORRISON & FOERSTER LLP |
| | 425 Market Street |
| 4 | San Francisco, CA 94105 |
| | Telephone: 415-268-7000 |
| 5 | Facsimile: 415-268-7522 |
| 6 | ANDREW T. JONES (SBN 313619) |
| | andrewjones@mofo.com |
| 7 | MORRISON & FOERSTER LLP |
| | 2100 L St. NW, Suite 900 |
| 8 | Washington, DC 20037 |
| | Telephone: 202-887-1500 |
| 9 | Facsimile: 202-887-0763 |
| 10 | Attorneys for Defendant |
| | ZOOM VIDEO COMMUNICATIONS, INC. |

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| ESTECH SYSTEMS IP, LLC, | Case No. 5:24-cv-02528-EJD |
| Plaintiff, | **CIVIL L.R. 6-1(A) STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT** |
| v. | |
| ZOOM VIDEO COMMUNICATIONS, INC., | Judge:    Hon. Edward J. Davila |
| Defendant. | Courtroom:    4—5th Floor |

CIVIL L.R. 6-1(A) STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 5:24-cv-02528-EJD

1  Pursuant to 6-1(a) of the Civil Local Rules of the United States District Court for the
2  Northern District of California, Plaintiff Estech Systems IP, LLC ("Plaintiff") and Defendant
3  Zoom Video Communications, Inc. ("Defendant") hereby stipulate as follows:
4  WHEREAS, Defendant was served with the Summons for this action on May 2, 2024, and
5  Defendant's answer or motion under Rule 12 must be filed and served on or before May 23,
6  2024; and
7  WHEREAS, Plaintiff and Defendant agree that the time for Defendant to answer or
8  otherwise respond to the complaint shall be extended to and including June 24, 2024; and
9  WHEREAS, Civil L.R. 6-1(a) permits the parties to extend the time within which to
10 answer or otherwise respond to the complaint by stipulation in writing and without a Court order
11 provided the change will not alter the date of any event or any deadline already fixed by Court
12 order; and
13 WHEREAS, Plaintiff and Defendant agree that the extension of time for Defendant to file
14 a responsive pleading will not alter the date of any event or any deadline already fixed by Court
15 order;
16 NOW THEREFORE, Plaintiff and Defendant, by and through their respective
17 undersigned counsel, hereby stipulate as follows:
18 The time for Defendant to answer or otherwise respond to the complaint shall be extended
19 to and including June 24, 2024.
20 SO STIPULATED.

Dated: May 21, 2024

WILLIAMS SIMONS & LANDIS PLLC

By: _____*/s/ Eric Carr*_____
Eric Carr

Attorneys for Plaintiff
ESTECH SYSTEMS IP, LLC.

1  Dated: May 21, 2024                                    MORRISON & FOERSTER LLP

2                                                          By: _____/s/ Andrew L. Perito_____
                                                                    Andrew L. Perito
3
                                                           Attorneys for Defendant
4                                                          ZOOM VIDEO COMMUNICATIONS, INC.

5

6

7                                    **ECF SIGNATURE ATTESTATION**

8       In accordance with Local Rule 5-1, the filer of this document hereby attests that the

9  concurrence of the filing of this document has been obtained from the other signatories hereto.

10

11  Dated: May 21, 2024                                   MORRISON & FOERSTER LLP

12                                                         By: _____/s/ Andrew L. Perito_____
                                                                    Andrew L. Perito
13
                                                           Attorneys for Defendant
14                                                         ZOOM VIDEO COMMUNICATIONS, INC.

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CIVIL L.R. 6-1(A) STIPULATION RE: EXTENSION OF TIME TO RESPOND TO COMPLAINT
Case No. 5:24-cv-02528-EJD                                                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that, on May 21, 2024, I caused a copy of the foregoing document to be filed with the Clerk of the Court using CM/ECF which will send notifications of such filing to all counsel of record.

*/s/ Andrew L. Perito*
Andrew L. Perito